# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

June 10, 2013

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO  Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUN 1 0 2013**

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

The Honorable Rosanna Malouf Peterson
Chief United States District Court Judge
Eastern District of Washington
Spokane, Washington

RE: NAMIE, Rusty J.
DOCKET NO.: 2:13CR00049-RMP-001
**MODIFICATION REQUEST**

Dear Judge Peterson:

On March 29, 2013, Rusty J. Namie made his initial appearance before the Honorable Cynthia Imbrogno, U.S. Magistrate Judge, in Spokane, Washington. The government did not request detention for Mr. Namie, and he was subsequently released on conditions of pretrial supervision.

On April 3, 2013, the defendant appeared before Your Honor and pled guilty to one count of making forged counterfeit securities. Sentencing in this matter is scheduled for July 2, 2013.

The purpose of this letter is to request a modification of Mr. Namie's conditions of pretrial release supervision.

This officer has reviewed Mr. Namie's presentence report prepared for the instant Federal matter. It appears the defendant has prior convictions for bank robbery and money laundering. In addition, the instant Federal matter involves the defendant taking unauthorized cash advances and writing checks from an account in relation to a business he partially owned. Currently, Mr. Namie is a partial owner of another business.

Based on his criminal history, this officer respectfully requests Mr. Namie's conditions of pretrial release be modified to include the following condition:

June 10, 2013
Page 2

"As directed by the probation officer, you shall notify third-parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement."

Mr. Namie and defense counsel have been advised of this request and have consented to this modification. A signed consent to modify conditions of release form has been enclosed with this letter.

Should the Court have any further questions, please contact the undersigned officer.

                Respectfully submitted,

                Scott M. Morse, Sr.
                Chief U.S. Probation Officer


By:   s/Erik Carlson      06/10/2013
        Erik Carlson            Date
        U.S. Probation Officer

Approved By:


s/Matthew L. Thompson   06/10/2013
Matthew L. Thompson     Date
Supervising U.S. Probation Officer

EC/jf

[X]   The above modification of conditions of release is ordered, to be effective on  6/11/13

[ ]   The above modification of conditions of release is not ordered.

_____          June 10, 2013
Signature of Judicial Officer                    Date